IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY J. ROBESON, and STEVE ROBESON, | ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3189 |
| v. | ) ) | |
| ORGANON USA, INC., ORGANON PHARMACEUTICALS USA, INC., ORGANON INTERNATIONAL, Inc., SCHERING PLOUGH, MERCK AND CO., and JOHN DOES 1-10, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The plaintiff's motion for refund of filing fees, (filing no. 7), is granted.

2) The clerk shall credit or refund the $350.00 duplicate filing fee paid by the plaintiff in accordance with the method authorized under court policy and procedure.

DATED this 7th day of October, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge